# Composite Exhibit 1

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 626,035
Registered May 1, 1956
Renewal Term Begins May 1, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019, BY ASSIGNMENT AND ASSIGNMENT FROM CHANEL, INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 195,360, 513,132 AND OTHERS.
SEC. 2(F).
FOR: WOMEN'S HANDBAGS, IN CLASS 3 (INT. CL. 18).
FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.

SER. NO. 71-678,436, FILED 12-16-1954.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

**United States Patent and Trademark Office**

Reg. No. 1,314,511
Registered Jan. 15, 1985

## TRADEMARK
Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY-TYPE PORTFOLIOS in CLASS 16 (U.S. Cl. 37).
First use Sep. 1981; in commerce Sep. 1981.
For: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS; ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **3 and 37**

**United States Patent and Trademark Office**  Reg. No. **1,347,677**
Registered **July 9, 1985**

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, IN CLASS 16 (U.S. CL. 37).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, BRIEF CASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.
OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cl.: **3**

**United States Patent and Trademark Office**  Reg. No. **1,733,051**
Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**  Reg. No. 1,734,822
Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74-242,471, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY