Composite Exhibit 1

Defendant ID

21442995

Defendant Link

https://www.dhgate.com/store/21442995

Collected at Mar-27-2024 19:43:08

Defendant ID: 21442995
Defendant Url: https://www.dhgate.com/store/21442995
Home Page Screenshot: 1/4, Date: Mar-27-2024 19:43:19



Defendant ID: 21442995
Defendant Url: https://www.dhgate.com/store/21442995
Home Page Screenshot: 2/4, Date: Mar-27-2024 19:43:19



Defendant ID: 21442995
Defendant Url: https://www.dhgate.com/store/21442995
Home Page Screenshot: 3/4, Date: Mar-27-2024 19:43:19


Striped woven strap crossbody bag fashion mobile ph...
35% OFF
US $50.52 - 70.59 / Piece


Fashion Designer Bag G Ophidia Hobo Bags Women...
35% OFF
US $61.30 - 73.48 / Piece


Womens LOCO Shoulder Bag Designers Bags Luxur...
35% OFF
US $44.08 - 62.08 / Piece
13 Orders


Classic Old Flower Circular Zero Wallet Portable Wo...
35% OFF
US $29.74 - 35.08 / Piece


Top Designer G Bumbag Leather Designers Waist Ba...
35% OFF
US $66.65 - 78.62 / Piece


Fashion Women Jelly Bag With Wallet Beach Crossb...
35% OFF
US $40.42 - 48.45 / Piece
2 Orders


P Inverted Triangle Metal designer necktie Fashion ...
35% OFF
US $7.54 - 12.60 / Piece
5 Orders


Large capacity tote bag luxury designer womens han...
35% OFF
US $43.34 - 51.95 / Piece


Designer Fanny Packs Genuine Leather Bum Bag W...
35% OFF
US $43.16 - 50.91 / Piece


3 size luxury tote handbag Women designer wash po...
35% OFF
US $23.86 - 28.60 / Piece


23ss Fashion Luxury C woman card holder classic pa...
35% OFF
US $10.36 - 12.23 / Piece
1 Order


New Designer makeup bag Classic handbag Portable ...
35% OFF
US $13.33 - 15.00 / Piece
41 Orders


Designer Backpack for Men Luxury Designers Back...
35% OFF
US $49.32 - 59.12 / Piece
19 Orders


Women Crossbody Bag Teddy Bumbag Designer Me...
35% OFF
US $24.42 - 28.81 / Piece
38 Orders


GUC


Women Designer Shoulder Bags Blondie Handbag G...
35% OFF
US $63.32 - 75.91 / Piece


Slides heels Sliders women Sandals Luxurys Designe...
35% OFF
US $56.84 - 67.73 / Piece
2 Orders


new





DHgate
Search DHgate
Custormer Service English Join / Sign in My DHgate 0

pinkwindow
Chat Add to Favorites Stores ( 6169 )
LV 4 5 YRS
Search in this store
designer bags , luxurys designers , handbags

98.6% Positive Feedback 18905 Transactions

**Best service, high quality products !**

We are offering high quality products with best price. All products are Supply from Factory Directly. Excellent Service and Fast Shipping,best trusted shopping here.

Store Home | Products | TopSelling | Time Limited Sale | Store Membership | Review | **About Us**

Store Home > About us

## Store Introduction

We are offering high quality products with best price. All products are Supply from Factory Directly. Excellent Service and Fast Shipping,best trusted shopping here.

Contact Us

## Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | China |
| Year Established: | Jan 2020 |
| Main Product(s)/Service: | designer bags;luxury;designer jewelry;sunglasses;fashion accessories;handbags;hats |

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2024 DHgate.com All rights reserved. License ICP备18054285号-7 京公网安备11010802029844号

Product ID

923849053

Product Name

classic flap Cards Holder Designer Wallets womens Luxury Coin Purses caviar Leather with box cardholder mens wallet card case key pouch keychain CSG2401303-5

Product Link

https://www.dhgate.com/product/fashion-wallets-coin-purses-bag-luxury-designer/923849053.html?dspm=pcen.st.products.11.0c5yJpnd3MXN5Wfi52Mq&resource_id=&scm_id=search.SPRO..@.store|c486fe1d56c64e72a59700917369a118|recentlysold..#st1-10-store%7Cc486fe1d56c64e72a59700917369a118%7Crecentlysold;stprod%7C3391709661

Product ID: 923849053
Product Name: classic flap Cards Holder Designer Wallets womens Luxury Coin Purses caviar Leather with box cardholder mens wallet card case key pouch keychain CSG2401303-5
Product Url: https://www.dhgate.com/product/fashion-wallets-coin-purses-bag-luxury-designer/923849053.html?dspm=pcen.st.products.11.0c5yJpnd3MXN5Wfi52Mq&resource_id=&scm_id=search.SPRO..@.store|c486fe1d56c64e72a59700917369a118|recentlysold..#st1-10-store%7Cc486fe1d56c64e72a59700917369a118%7Crecentlysold;stprod%7C3391709661
Webpage Screenshot: 1/4, Date: None



Product ID: 923849053

Product Name: classic flap Cards Holder Designer Wallets womens Luxury Coin Purses caviar Leather with box cardholder mens wallet card case key pouch keychain CSG2401303-5

Product Url: https://www.dhgate.com/product/fashion-wallets-coin-purses-bag-luxury-designer/923849053.html?dspm=pcen.st.products.11.0c5yJpnd3MXN5Wfi52Mq&resource_id=&scm_id=search.SPRO..@.store|c486fe1d56c64e72a59700917369a118|recentlysold..#st1-10-store%7Cc486fe1d56c64e72a59700917369a118%7Crecentlysold;stprod%7C3391709661

Webpage Screenshot: 2/4, Date: None



Product ID: 923849053
Product Name: classic flap Cards Holder Designer Wallets womens Luxury Coin Purses caviar Leather with box cardholder mens wallet card case key pouch keychain CSG2401303-5
Product Url: https://www.dhgate.com/product/fashion-wallets-coin-purses-bag-luxury-designer/923849053.html?dspm=pcen.st.products.11.0c5yJpnd3MXN5Wfi52Mq&resource_id=&scm_id=search.SPRO..@.store|c486fe1d56c64e72a59700917369a118|recentlysold..#st1-10-store%7Cc486fe1d56c64e72a59700917369a118%7Crecentlysold;stprod%7C3391709661
Webpage Screenshot: 3/4, Date: None



        

       

         

      

    



Product Url:
https://www.dhgate.com/product/fashion-wallets-coin-purses-bag-luxury-designer/923849053.html?dspm=pcen.st.products.11.0c5yJpnd3MXN5Wfi52Mq&resource_id=&scm_id=search.SPRO..@.store|c486fe1d56c64e72a59700917369a118|recentlysold..#st1-10-store%7Cc486fe1d56c64e72a59700917369a118%7Crecentlysold;stprod%7C3391709661



Product Url:
https://www.dhgate.com/product/fashion-wallets-coin-purses-bag-luxury-designer/923849053.html?dspm=pcen.st.products.11.0c5yJpnd3MXN5Wfi52Mq&resource_id=&scm_id=search.SPRO..@.store|c486fe1d56c64e72a59700917369a118|recentlysold..#st1-10-store%7Cc486fe1d56c64e72a59700917369a118%7Crecentlysold;stprod%7C3391709661